# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ZANZABAR COSSE

VERSUS

LAFARGE NORTH AMERICA, INC.;
LAFARGE AGGREGATES
SOUTHEAST, INC.; CAJUN
INDUSTRIES, LLC; CAJUN
CONSTRUCTORS, LLC; JACOBS
ENGINEERING GROUP, INC.; AND
MONSANTO COMPANY

NO.   2020 CW 0122

MAR 1 3 2020

---

In Re:     Cajun Constructors, LLC and Cajun Industries, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 659503.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT